MCGREGOR W. SCOTT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JOSE FIGUEROA &<br>JOAQUIN VELASCO,<br><br>                              Defendants. | CASE NO.  1:20-MJ-00044-SAB<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: March 25, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney ALEXANDRE DEMPSEY, and defendant JOSE FIGUEROA, both individually and by and through his counsel of record, CHRISTINA CORCORAN, hereby stipulate as follows:

1.      The Complaint in this case was filed on March 11, 2020, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on March 11, 2020. The court set a preliminary hearing date of March 25, 2020.

2.      By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to April 9, 2020, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the

1

1    best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2       3.    Pursuant to Federal Rule of Criminal Procedure 5.1(d), on March 17, 2020, Assistant

3    Federal Defender Eric Kersten met with Mr. Figueroa, who consented to the extension of time.

4       4.    The parties agree that good cause exists for the extension of time, and that the extension

5    of time would not adversely affect the public interest in the prompt disposition of criminal cases.

6    Therefore, the parties request that the time between March 25, 2020, and April 9, 2020, be excluded

7    pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

8       IT IS SO STIPULATED.

9

10   Dated:  March 18, 2020                        McGREGOR W. SCOTT
                                                   United States Attorney

11

12                                                  /s/ ALEXANDRE DEMPSEY
                                                   ALEXANDRE DEMPSEY
13                                                 Assistant United States Attorney

14

15   Dated:  March 18, 2020                         /s/ CHRISTINA CORCORAN
                                                   CHRISTINA CORCORAN
16                                                 Counsel for Defendant
                                                   JOSE FIGUEROA

17

18

19

20

21

22

23

24

25

26

27

28

McGREGOR W. SCOTT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JOSE FIGUEROA &<br>JOAQUIN VELASCO,<br><br>                              Defendants. | CASE NO.  1:20-MJ-00044-SAB<br><br>ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME<br><br>DATE: March 25, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

        The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on March 18, 2020. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

        Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.      The date of the preliminary hearing is extended to April 9, 2020, at 2:00 p.m.

2.      The time between March 25, 2020, and April 9, 2020, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3.      Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:   **March 18, 2020**                          /s/ *Barbara A. McAuliffe*

                                                    UNITED STATES MAGISTRATE JUDGE