MCGREGOR W. SCOTT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE FIGUEROA &<br>JOAQUIN VELASCO,<br><br>Defendants. | CASE NO. 1:20-MJ-00044-SAB<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: April 23, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney ALEXANDRE DEMPSEY, and defendant JOSE FIGUEROA, both individually and by and through his counsel of record, CHRISTINA CORCORAN, hereby stipulate as follows:

1. The Complaint in this case was filed on March 11, 2020, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on March 11, 2020. The court set an original preliminary hearing date of March 25, 2020.

2. On March 18, 2020 the parties jointly moved for an extension of time of the preliminary hearing date to April 9, 2020. The Court granted that motion on March 19, 2020 and ordered that the time between March 25, 2020 and April 9, 2020 be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. On April 3, 2020 the parties jointly moved for an extension of time of the preliminary hearing date to April 23, 2020. The Court granted that motion on April 3, 2020 and ordered that the

STIPULATION   1

time between April 9, 2020 and April 23, 2020 be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

4. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to May 7, 2020, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation and review of discovery, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

5. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between April 23, 2020, and May 7, 2020, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: April 17, 2020                          MCGREGOR W. SCOTT
                                               United States Attorney

                                               /s/ ALEXANDRE DEMPSEY
                                               ALEXANDRE DEMPSEY
                                               Assistant United States Attorney

Dated: April 17, 2020                          /s/ CHRISTINA CORCORAN
                                               CHRISTINA CORCORAN
                                               Counsel for Defendant
                                               JOSE FIGUEROA

ORDER

IT IS SO ORDERED.

Dated: **April 17, 2020**                      /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE

STIPULATION                         2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28