MCGREGOR W. SCOTT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>         v.<br><br>JOSE FIGUEROA,<br><br>                Defendant. | CASE NO. 1:20-CR-00089-DAD-BAM-1<br><br>STIPULATION TO VACATE PRELIMINARY HEARING DATE, SET CHANGE OF PLEA HEARING; FINDINGS AND ORDER<br><br>DATE: June 18, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Erica P. Grosjean |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for a preliminary hearing on June 18, 2020.

2.  By this stipulation, defendant now moves to vacate the preliminary hearing and set the matter for change of plea before the Court as to defendant Figueroa for June 30, 2020, and to exclude time between June 18, 2020, and June 30, 2020, under 18 U.S.C. §§ 3161 (h)(1)G), 3161(h)(7)(A), and 3161(h)(7)(B)(i) and (iv).

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The parties have been informed that the Court is available for a change of plea hearing on June 30, 2020.

b) As the defendant does not intend on going to trial, the parties request that the preliminary hearing date be vacated. Vacating the preliminary hearing date will conserve judicial resources for a case that has been resolved by a plea agreement.

c) By previous Court order, time was excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et. seq., through and including June 18, 2020. In an abundance of caution, the parties also request that time be excluded under the Speedy Trial Act from the June 18, 2020 through and including June 30, 2020, to allow defendants to continue to consult with counsel and to prepare for and attend the change of plea hearing.

d) The government agrees to, and seeks, the continuance/time exclusion.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 18, 2020 to June 30, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161 (h)(1)G), 3161(h)(7)(A), and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 15, 2020						McGREGOR W. SCOTT
								United States Attorney

								 /s/ ALEXANDRE DEMPSEY
								ALEXANDRE DEMPSEY
								Assistant United States Attorney

2

Dated:  June 15, 2020                         /s/ CHRISTINA CORCORAN
                                              CHRISTINA CORCORAN
                                              Counsel for Defendant
                                              JOSE FIGUEROA

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 15th day of June, 2020.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 18, 2020 through June 30, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161 (h)(1)G), 3161(h)(7)(A), and 3161(h)(7)(B)(i) and (iv).  At the request of the parties, the June 18, 2020 preliminary hearing in the above case is **VACATED** and parties shall appear on June 30, 2020 for a change of plea hearing.

IT IS SO ORDERED.

Dated:   **June 15, 2020**                  _____
                                              UNITED STATES DISTRICT JUDGE