1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  CHRISTINA M. CORCORAN, NY Bar # 5118427
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   JOSE FIGUEROA

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No. 1:20-cr-00089-DAD-BAM

12              Plaintiff,               STIPULATION TO CONTINUE SENTENCING
                                         HEARING; ORDER
13  vs.
                                         Date:  December 7, 2020
14  JOSE FIGUEROA,                       Time:  10:00 a.m.
                                         Judge: Hon. Dale A. Drozd
15              Defendant.

16

17        **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

18  counsel, Assistant United States Attorney Alexandre Dempsey, counsel for plaintiff, and

19  Assistant Federal Defender Christina M. Corcoran, counsel for defendant Jose Figueroa, that the

20  Court may continue the sentencing hearing from October 27, 2020, to December 7, 2020, at

21  10:00 a.m.

22        The requested continuance is necessary for the completion of the defense investigation

23  related to sentencing, which is required to address factual issues relevant to the hearing.  Counsel

24  for the government and the assigned USPO have no objection to the requested date.

25     The parties further stipulate to the following amended presentence schedule:

26  • Formal Objections Filed with Court and Served on Probation and Opposing

27     Counsel: November 23, 2020.

28  • Reply, or Statement of Non-Opposition:  November 30, 2020.

1      As this is a sentencing hearing, no exclusion of time is necessary.

2

3                                          Respectfully submitted,

4                                          MCGREGOR W. SCOTT
                                           United States Attorney
5

6    Date: October 13, 2020              */s/ Alexandre Dempsey*
                                           ALEXANDRE DEMPSEY
7                                          Assistant United States Attorney
                                           Attorney for Plaintiff
8

9                                          HEATHER E. WILLIAMS
                                           Federal Defender
10

11   Date: October 13, 2020              */s/ Christina M. Corcoran*
                                           CHRISTINA M. CORCORAN
12                                         Assistant Federal Defender
                                           Attorney for Defendant
13                                         JOSE FIGUEROA

14

15                              **O R D E R**

16         GOOD CAUSING APPEARING, the Court hereby continues the sentencing hearing

17   currently scheduled for October 27, 2020, to December 7, 2020, at 10:00 a.m.

18
     IT IS SO ORDERED.
19

20     Dated:   **October 13, 2020**      _____
                                           UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28
     Figueroa / Stipulation and
     Proposed Order