1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  CHRISTINA M. CORCORAN, NY Bar # 5118427
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   JOSE FIGUEROA
7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           Case No. 1:20-cr-00089-DAD-BAM

12              Plaintiff,               STIPULATION TO CONTINUE SENTENCING
                                         HEARING; ORDER
13  vs.
                                         Date:  December 14, 2020
14  JOSE FIGUEROA,                       Time:  9:00 a.m.
                                         Judge: Hon. Dale A. Drozd
15              Defendant.

16

17       **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

18  counsel, Assistant United States Attorney Alexandre Dempsey, counsel for plaintiff, and

19  Assistant Federal Defender Christina M. Corcoran, counsel for defendant Jose Figueroa, that the

20  Court may continue the sentencing hearing from December 7, 2020, to December 14, 2020, at

21  9:00 a.m.

22       The requested continuance is necessary to accommodate defense counsel's schedule and

23  for the completion of the defense investigation related to sentencing, which is required to address

24  factual issues relevant to the hearing.  Counsel for the government has no objection to the

25  requested change of date.  The current schedule for objections will remain unchanged.

26       As this is a sentencing hearing, no exclusion of time is necessary.

27

28

|     |     |     |
| --- | --- | --- |
|     |     | Respectfully submitted, |
|     |     | MCGREGOR W. SCOTT<br>United States Attorney |
| Date: November 24, 2020 |     | */s/ Alexandre Dempsey*<br>ALEXANDRE DEMPSEY<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|     |     | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: November 24, 2020 |     | */s/ Christina M. Corcoran*<br>CHRISTINA M. CORCORAN<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOSE FIGUEROA |

**O R D E R**

GOOD CAUSING APPEARING, the Court hereby continues the sentencing hearing currently scheduled for December 7, 2020, to December 14, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **November 24, 2020**          _/s/ Dale A. Drozd_
                                        UNITED STATES DISTRICT JUDGE

2