# UNITED STATES DISTRICT COURT
for the

Eastern District of California

FILED
Sep 07, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America )
v. )
)  Case No.  1:20-CR-00089-ADA-BAM
JOSE FIGUEROA )
*Defendant* )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant shall reside at the Salvation Army in Fresno, California, for a period of at least six months. Defendant shall not move or absent himself without the pre-approval of the Probation Officer.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or probation officer in writing before making any change of residence or telephone number.

(4) Defendant to comply with all the previous terms and conditions of Probation as previously imposed by Judge Drozd on 12/14/2020.

(5) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

(6) The is ordered to appear before United States District Judge Ana de Alba on March 13, 2023 at 8:30 a.m.

IT IS SO ORDERED.

DATED: **Sep 7, 2022**

STANLEY A. BOONE
United States Magistrate Judge

**Defendant's release delayed until 9/08/2022, no later than 10:00AM**