PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE FIGUEROA,<br><br>Defendants. | CASE NO. 1:20-CR-00089-ADA-BAM<br><br>STIPULATION TO CONTINUE SENTENCING; FINDINGS AND ORDER<br><br>DATE: March 13, 2023<br>TIME: 08:30 a.m.<br>COURT: Ana de Alba |

**STIPULATION**

The United States of America, by and through its counsel of record, and JOSE FIGUEROA, by and through his counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for sentencing on March 13, 2023.

2.  By this stipulation, both parties move to continue the March 13, 2023 sentencing date until March 20, 2023. As the defendant has already admitted the violation, an exclusion of time is not necessary.

IT IS SO STIPULATED.

1

| | |
|---|---|
| Dated:  January 31, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
| | |
| | /s/ ALEXANDRE DEMPSEY<br>ALEXANDRE DEMPSEY<br>Assistant United States Attorney |
| Dated:  January 31, 2023 | /s/ CHRISTINA CORCORAN<br>CHRISTINA CORCORAN<br>Counsel for JOSE FIGUEROA |

IT IS SO ORDERED.

Dated:   January 31, 2023

_____
UNITED STATES DISTRICT JUDGE

2