1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  CHRISTINA M. CORCORAN, CA Bar #344683
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   JOSE FIGUEROA
7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:20-cr-00089-ADA-BAM |
12 | Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
13 | vs. | Date:  May 30, 2023 |
14 | JOSE FIGUEROA, | Time:  8:30 a.m. |
15 | Defendant. | Judge: Hon. Ana de Alba |

16

17  **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

18 counsel, Assistant United States Attorney Alexandre Dempsey, counsel for plaintiff, and

19 Assistant Federal Defender Christina M. Corcoran, counsel for defendant Jose Figueroa, that the

20 Court may continue the sentencing hearing from March 20, 2023, to May 30, 2023, at 8:30 a.m.

21    Mr. Figueroa recently graduated from the Salvation Army's six-month in-patient

22 program.  He was subsequently offered the opportunity to participate in their 10-week culinary

23 training program, in San Francisco, which the Salvation Army is paying for in full.  The parties

24 are requesting to continue sentencing for the purpose of allowing Mr. Figueroa to attend and

25 complete that program.  The parties are in agreement that we will be requesting a time-served

26 sentence at the hearing (assuming no issues in the interim).

27 / / /

28 / / /

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: March 15, 2023    */s/ Alexandre Dempsey*
ALEXANDRE DEMPSEY
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: March 15, 2023    */s/ Christina M. Corcoran*
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
JOSE FIGUEROA

**O R D E R**

GOOD CAUSING APPEARING, the Court hereby continues the sentencing hearing currently scheduled for March 20, 2023, to May 30, 2023, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   March 16, 2023    _____
UNITED STATES DISTRICT JUDGE

Figueroa / Stipulation and
Proposed Order

2